UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14003-CR-MARTINEZ/LYNCH
42 U.S.C. § 408(a)(7)(B)

UNITED STATES OF AMERICA

vs.

JAMES BASCOM MARKHAM

Defendant.
_____/

FILED by _____ D.C.

JAN 14 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

On or about May 20, 2009, in Martin County, in the Southern District of Florida, the defendant,

**JAMES BASCOM MARKHAM,**

for the purpose of obtaining something of value and for other purposes, did with the intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL

_____
FOREPERSON

_____
JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

_____
CARMEN M. LINEBERGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JAMES BASCOM MARKHAM,

        Defendant.
_____/

CASE NO.    10-14003-CR-MARTINEZ/LYNCH

## CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)

___ Miami    ___ Key West
___ FTL    ___ WPB    _X_ FTP

New Defendant(s)     Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _NO_
   List language and/or dialect    ___

4. This case will take   _2_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)        (Check only one)

   I    0 to 5 days    _X_     Petty    ___
   II    6 to 10 days    ___     Minor    ___
   III    11 to 20 days    ___     Misdem.    ___
   IV    21 to 60 days    ___     Felony    _X_
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No)   _NO_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

                                          _____
                                          CARMEN M. LINEBERGER
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Florida Bar No./Court No.  A5501180

*Penalty Sheet(s) attached                                                  REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. 10-14003-CR-MARTINEZ/LYNCH

Defendant's Name: JAMES BASCOM MARKHAM

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Misuse of Social Security Number | 42:408(a)(7)(B) | 5 years<br>$250,000 fine<br>SR: 1 year<br>$100 Special Assessment |